# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 20-MJ-2713

**UNITED STATES OF AMERICA**

**vs.**

**OSCAR STEVEN ANDRADE,**

        **Defendant.**

_____/

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby files this unopposed motion to continue the arraignment scheduled for October 9, 2020. In support thereof, the United States avers as follows:

1. On May 5, 2020, Defendant Oscar Steven Andrade ("Andrade") had an initial appearance based on a complaint charging Andrade with conspiracy to import a controlled controlled substance. He was released on bond on the same day of his initial appearance.

2. On July 15, 2020, Andrade entered a Waiver of a Preliminary Hearing.

3. On August 11, 2020, Chief Judge K. Michael Moore issued Administrative Order 2020-53, continuing all grand juries until January 4, 2021, due to the COVID-19 pandemic.

4. Undersigned counsel respectfully requests that this hearing be continued until October 29, 2020. The parties are actively trying to negotiate a plea by way of criminal information.

5. Undersigned has conferred with Defense Counsel, who has no opposition to the requested relief.

WHEREFORE the United States of America, by and through undersigned counsel, respectfully requests this Court grant a continuance of the arraignment, and reset the proceedings for October 29, 2020.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:  /s/ *Jason A. Reding*
      JASON A. REDING
      Assistant United States Attorney
      Florida Bar No. 56876
      U.S. Attorney's Office - SDFL
      99 N.E. 4th Street, Suite 600
      Miami, FL 33132-2111
      Telephone: (305) 961-9202
      Email: Jason.Reding@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        */s/ Jason A. Reding*
        JASON A. REDING
        Assistant United States Attorney